

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-9-2005

# Wright v. Philadelphia

Precedential or Non-Precedential: Precedential

Docket No. 03-1633

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"Wright v. Philadelphia" (2005). *2005 Decisions.* Paper 923.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/923

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———

No. 03-1633

———

KIMBERLY MARNELL WRIGHT

v.

CITY OF PHILADELPHIA; DANIEL HEENEY; DENISE O'MALLEY

Appellants.

———

On Appeal from the United States District Court
for the United States District Court for the Eastern District of Pennsylvania
(D.C. No. 01-cv-6160)
Magistrate Judge: Honorable M. Faith Angell

———

Argued September 27, 2004

Before: RENDELL, FUENTES, and SMITH, <u>Circuit Judges</u>.

(Filed June 6, 2005)

———

ORDER

———

**AND NOW** , this 9th day of June, 2005, upon consideration of the record, it is

**ORDERED** that "Magistrate Judge: Honorable M. Faith Angell" be inserted in lieu of "District Judge: Honorable Norma L. Shapiro" in both the opinion and judgment.  It is **FURTHER ORDERED** that in the event that the word appellants is misspelled that it be corrected to "appellants" in all places in the opinion and judgment."


/s/ Julio M. Fuentes
Circuit Judge


DATED: June 9, 2005